# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0949

VERSUS

CHRISTOPHER ERIC COTE                         **JANUARY 30, 2025**

---

In Re:    Christopher Eric Cote, applying for rehearing, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          565622.

---

**BEFORE:    McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

   **APPLICATION FOR REHEARING DENIED.**   An application for
rehearing will not be considered where this court denied the
original writ application. See Uniform Rules of Louisiana Courts
of Appeal, Rules 2-18.7 & 4-9.

                              **PMc**
                              **WIL**
                              **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT